**Order entered July 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00755-CR

## EX PARTE BENJAMIN BURCH

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-00319-Q**

## ORDER

On June 12, 2014, this Court ordered that the clerk's record be filed and that it contain the trial court's certification of appellant's right to appeal. Neither the clerk's record nor the supplemental clerk's record filed with the Court contained the certification. Therefore, on July 1, 2014, the Court sent the trial court a letter stating a certification was needed and providing ten days to file the certification. To date, we have not received the trial court's certification of appellant's right to appeal, which is required to be prepared by the trial court in all cases in which a defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the trial court to file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lena Levario, Presiding Judge, 204th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.


/s/      DAVID EVANS
           JUSTICE